

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0572-14 & PD-0573-14

### PATRICIA DONALDSON, Appellant

#### v.

### THE STATE OF TEXAS, Appellee

### ORDER TO DETERMINE REPRESENTATION
### DALLAS COUNTY

*This order was delivered per curiam.*

## O R D E R

Appellant was convicted of false statement to obtain property or credit in cause numbers F-1000433-S and F-1000435-S in the 282nd District Court of Dallas County. Appellant was sentenced to confinement for five years. The court of appeals affirmed the judgments of the trial court Donaldson v. State, No. 05-13-00598-CR, 05-13-00599-CR (Tex. App. — Dallas, delivered June 4, 2014). Appellant filed a pro se petition for discretionary review which was granted by this Court on February 4, 2015. Appellant is

entitled to representation before this Court at this time. See Article 1.051(a)(d)(2), V.A.C.C.P. It appears that Appellant is without representation in this court. Accordingly, the trial court is ordered to determine if Appellant is currently represented by counsel, and if so, to inform this court who represents Appellant. If Appellant is not currently represented by counsel and desires counsel, the trial court must first determine whether Appellant is indigent. If the trial court finds Appellant is indigent, that court shall appoint an attorney to represent Appellant before this court in regard to PDR Nos. PD-0572-14 and PD-0573-14 in accord with the provisions of Articles 1.051 and 26.04, V.A.C.C.P. Any hearing conducted pursuant to this order shall be held within 30 days of the date of this order. The trial court's order appointing counsel, any findings of fact, affidavits, or transcription of the court reporter's notes and any other supplementation of the record shall be returned to this court within 45 days of the date of this order.

IT IS SO ORDERED THIS THE 4th DAY OF FEBRUARY, 2015

DO NOT PUBLISH